_____

No. 96-1637
_____

United States of America,         *
                                   *
        Appellee,          *
                                   *  Appeal from the United States
    v.                    *  District Court for the
                                 *  Eastern District of Missouri.
Ronald Russ,              *
                                 *     [UNPUBLISHED]
        Appellant.        *

_____

Submitted:  September 4, 1996

Filed:  September 10, 1996
_____

Before BEAM, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.

In this direct criminal appeal, Ronald Russ challenges his 63-month sentence of imprisonment imposed after he was convicted of possession with intent to distribute heroin in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(i).  Russ contends the district court should have applied the safety-valve provision of U.S.S.G. § 5C1.2 and sentenced him to 36 months imprisonment so he could participate in a special Bureau of Prisons substance-abuse treatment program.

Although the Guidelines allow a sentencing court to disregard the statutory minimum for selected crimes and to sentence within the Guidelines range when a defendant meets certain criteria, section 5C1.2 does not apply here because the statutory minimum sentence--60 months--is lower than Russ's 63-to-78-month  Guidelines range.  See 18 U.S.C. § 3553(f); 21 U.S.C. § 841(b)(1)(B)(i) (five-year statutory minimum); U.S.S.G. § 5C1.2;

United States v. Goodwin, 72 F.3d 88, 90 (8th Cir. 1995) (safety-valve provision provides relief when mandatory minimum sentence is greater than applicable Guidelines sentence).  Section 5C1.2 does not authorize departure below the Guidelines range. See United States v. Collins, 66 F.3d 984, 987-88 (8th Cir. 1995) (per curiam) (reduced sentence must be within Guidelines range and departure below said range is not authorized).

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-